IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

      Plaintiff,                               CIV-S-07-1326 FCD GGH PS

      vs.

SACRAMENTO POLICE DEPARTMENT,

      Defendant.                               ORDER

_____/

      On December 6, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on January 25, 2008, and they were considered by the district judge.

      This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
2  1983).

3        The magistrate judge's recommendation that this case be dismissed is based upon
4  the requirement the federal courts abstain from considering matters pending in the state courts.
5  Younger v. Harris, 401 U.S. 37, 91 S.Ct. 760 (1971).  This court's review of the Sacramento
6  County Superior Court Docket demonstrates the criminal prosecution against plaintiff is still
7  pending; trial is scheduled to commence February 28, 2008.  While plaintiff's federal claims
8  may or may not have merit, they do not come within any exception permitting this court's
9  intervention in the state court proceedings.  Plaintiff may raise his federal claims in state court
10 and, if dissatisfied at the conclusion of the state proceedings, again file an action in this court.

11       Accordingly, IT IS ORDERED that:

12       1. The Findings and Recommendations filed December 6, 2007, are ADOPTED;
13 and

14       2. This action is dismissed without prejudice.  28 U.S.C. § 1915(e)(2)(B)(ii); Fed.
15 R. Civ. P. 41(b).

16 DATED: February 19, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE